orari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Henderson Stockton* for petitioner. *Mr. Allen K. Perry* for respondents.

No. 91. CALIFORNIA FRUIT GROWERS EXCHANGE *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. October 9, 1939. Petition for writ of certiorari to the Supreme Court of Errors of Connecticut denied. *Messrs. George E. Farrand, James W. Carpenter, Preston C. King, Jr.,* and *Karl D. Loos* for petitioner. *Mr. Edward R. Brumley* for respondent.

No. 93. F. S. LEWIS & CO. ET AL. *v.* UNITED STATES. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Cassius M. Doty* for petitioners. *Assistant Solicitor General Bell* and *Messrs. Sewall Key* and *Robert K. McConnaughey* for the United States.

No. 97. GELLMAN *v.* OLIVER MACHINERY CO. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Clarence E. Threedy* for petitioner. *Mr. Frank E. Liverance, Jr.* for respondent.

No. 99. ROBINSON, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE. October 9, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert E. Barber* for petitioner. *Assistant Solicitor General Bell* and *Messrs. Sewall Key, J. Louis Monarch,* and *L. W. Post* for respondent.